1006

## JONES v. STATE.
### No. 23389.

Court of Criminal Appeals of Texas.
June 12, 1946.

Alex P. Pope, of Tyler, for appellant.
Ernest S. Goens, State's Atty., of Austin, for the State.

HAWKINS, Presiding Judge.

Conviction is for the theft of an automobile valued at more than $50, the punishment being two years in the penitentiary.

The record contains neither statement of facts nor bills of exception. The indictment properly charges the offense.

Nothing is presented for review.

The judgment is affirmed.

Wayne Manning, of Fort Worth, for appellant.

Ernest S. Goens, State's Atty., of Austin, for the State.

DAVIDSON, Judge.

The offense is forgery; the punishment, two years in the penitentiary.

The record is before us without a statement of facts or bills of exceptions. Nothing is presented for the consideration of this Court.

The judgment of the trial court is affirmed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the Court.